IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TONY DAVIS, et al.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No. **PJM 09-1505** |
| | * | |
| **WILMINGTON FINANCE, INC., et al.** | * | |
| | * | |
| Defendants | * | |

### **FINAL ORDER OF JUDGMENT**

Upon consideration of various motions, it is for the reasons set forth in the accompanying Opinion, this 26th day of March, 2010

**ORDERED**

1. Plaintiffs' Request to Correct the Record [Paper No. 31] is **GRANTED**;

2. Plaintiffs' Request/Motion for Extension of Time to Serve RJ Appraisals [Paper No. 40] is deemed **MOOT**;

3. Plaintiffs' Motion to Reopen Case and Motion for Leave to File Amended Pleading [Paper No. 42] is **DENIED**;

4. Plaintiffs' Motion to Reopen Case and Proceed to Discover [Paper No. 45] is **DENIED**;

5. Defendant Wilshire Credit Corporation's Motion to Dismiss [Paper No. 11] is **GRANTED**;

6. Defendant Altabanc's Motion to Dismiss [Paper No. 12] is **GRANTED**;

7. Defendant Veritas Title, LLC's Motion to Dismiss [Paper No. 18] is **GRANTED**;

8. Defendants Jacob Geesing, Carrie M. Ward, Howard N. Bierman, and Jacob Geesing, Esquire's Motion to Dismiss and/or Motion for Summary Judgment [Paper No. 25] is **GRANTED**;

9. Defendant Wilmington Finance Inc.'s Motion for Summary Judgment [Paper No. 32] is **GRANTED**;

10. Defendant Dora A. Denman's Motion to Dismiss [Paper No. 46] is **GRANTED**;

8. Final judgment is **ENTERED** in favor of all Defendants and against Plaintiffs Tony Davis, et al.; and

9. The Clerk of the Court shall **CLOSE** this case.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
